UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT                    CIVIL ACTION
OF CASHMAN EQUIPMENT CORPORATION,
AS OWNER OF THE DRAGLINE/SPUD BARGE               NO. 13-6606
JMC 5, IN A CAUSE FOR LIMITATION OF OR
EXONERATION FROM LIMITATION                       SECTION "N" (1)

## ORDER AND REASONS

Presently before the Court is the motion to lift stay (Rec. Doc. 19) filed by Rod Cheramie and Kerry Cheramie. Having carefully reviewed the parties' submissions, **IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated in Petitioner Cashman Equipment Corporation's opposition memorandum (Rec. Doc. 22). Given the indemnity claim filed by LeBro Construction, Inc., the Cheramies are not the only claimants to this matter. Accordingly, their stipulations alone are not sufficient to warrant lifting the stay of the related state court proceeding.

New Orleans, Louisiana, this 12th day of December 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**